NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LEON BRIGHT,                              )
                                         )
            Appellant,                    )
v.                                        )          Case No. 2D19-4990
                                         )
ANGEL DIDIOS,                             )
                                         )
            Appellee.                     )
_____)

Opinion filed September 4, 2020.

Appeal from the Circuit Court for
Hillsborough County; Paul L. Huey, Judge.

Leon Bright, pro se.

PER CURIAM.

            Affirmed.


VILLANTI, LUCAS, and SMITH, JJ., Concur.